Pollock Industries, Inc. *v.* General Steel Castings
Corporation, Appellant.

454

Argued March 19, 1964. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

 

*Edward F. Cantlin*, with him *Hinkson & Cantlin*, for appellant.

*James C. Buckley*, with him *Jerome B. Apfel*, *Joel H. Weinrott*, and *Reilly & Pearce*, and *Blank, Rudenko, Klaus & Rome*, for appellee.

OPINION PER CURIAM, June 11, 1964:

The judgment of the Court of Common Pleas of Delaware County is affirmed on the able opinion of Judge WILLIAM R. TOAL, for the court below, reported at 33 Pa. D. & C. 2d 383.